UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD PUBLIC LANDS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>*Defendant*. | Civil Action No. 21-2802 (CRC) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The U.S. Forest Service moves pursuant to 56(a) of the Federal Rules of Civil Procedure for summary judgment. A Memorandum of Points and Authorities in support of this Motion and a Proposed Order are attached.

Dated: February 11, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    555 Fourth Street NW
    Washington, DC 20530
    (202) 252-2575

*Attorneys for the United States of America*