UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD PUBLIC LANDS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>*Defendant*. | Civil Action No. 21-2802 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, the Memorandum of Points and Authorities submitted in support thereof, any opposition and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion for summary judgment is GRANTED; and it is further

ORDERED that judgment is entered in favor of Defendant.

SO ORDERED.

_____                                                   _____
Dated                                                                                        CHRISTOPHER R. COOPER
                                                                                                    United States District Court Judge