# Attach. A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD PUBLIC LANDS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>*Defendant*. | Civil Action No. 21-2802 (CRC) |

## U.S. FOREST SERVICE'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), the U.S. Forest Service submits the following statement of undisputed material facts in support of its motion to dismiss and/or for summary judgment and its memorandum in support thereof.

1. On November 14, 2019, the U.S. Forest Service announced that it was considering a land exchange proposal in the Valle Seco area of the Forest Service's Pagosa Ranger District in Colorado. Press Release, *Pagosa Ranger District Considers Land Exchange Proposal to Provide Critical Habitat for Wildlife and Increase Public Access*, U.S. Forest Serv. (Nov. 14, 2019), https://www.fs.usda.gov/detail/sanjuan/news-events/?cid=FSEPRD679168; *see also* Fed. R. Evid. 201(b)(2) (courts can take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned"); *Pub. Emps. for Env'tl Resp. v. Nat'l Park Serv.*, Civ. A. No. 19-3629 (RC), 2021 WL 1198047, at *2 n.2 (D.D.C. Mar. 30, 2021) ("The Court may take judicial notice of publicly available materials and information, such as . . . information available on government websites.").

1

2. Under the terms of this proposed land exchange, the U.S. Forest Service would acquire two parcels of non-National Forest System land containing approximately 900 acres in exchange for eleven parcels of National Forest System land containing approximately 472 acres. Press Release, *supra*.

3. About 176 of the National Forest System land fell within a designated Colorado Roadless Area, and would need to be modified prior to any land exchange. *Id.*

4. As part of the proposed land exchange, approximately 26 acres within two suitable Wild and Scenic River corridors would be exchanged for a 20-acre parcel within one of the same corridors. *Id.*

5. The proposed land exchange would secure the Forest Service's legal access to National Forest System Road 653 (Valle Seco Road), providing seasonal motorized access to National Forest System lands south of the parcel. *Id.*

6. The proposed land exchange would also allow the Forest Service dispose of a 20-acre parcel that is completely surrounded by private land and has no legal public access. *Id.*

7. The Forest Service stated that the purpose of the proposed land exchange was to improve severe winter range, provide a crucial mitigation corridor for elk and mule deer habit connectivity, and secure additional public access for motorized vehicle use. Press Release, *supra*.

8. The Forest Service further stated that the Valle Seco area is one of only two areas within the Pagosa Ranger District that provides severe winter range. *Id.*

9. These areas are valuable because they provide more forage and remote habitat to escape public disturbances. *Id.*

10. The Forest Service sought public comments on the land exchange and Colorado Roadless Area boundary modification as it entered initial stages of planning. *Id.*

11. On September 10, 2020, Colorado Wild Public Lands submitted an email request to the Forest Service seeking access to certain records related to the proposed land exchange. Compl. ¶ 16, ECF No. 1; Answer ¶ 16, ECF No. 10; Attach. B., Declaration of Margaret Scofield ("Scofield Decl.") ¶ 4.

12. On September 14, 2020, District Ranger Kevin Khung responded by letter, indicating which of the records Colorado Wild had referenced were available on the project website or other websites, which would not be posted online, and which were not in the San Juan National Forest Office's possession. Scofield Decl. ¶ 4.

13. District Ranger Khung also provided contact information for Elizabeth Fox, the San Juan National Forest FOIA Coordinator, so that Colorado Wild could file any FOIA requests. *Id.*

14. No FOIA tracking number was assigned to Colorado Wild's September 10, 2021 email, because the San Juan National Forest Office determined that it was not a FOIA request given that did not request the production of records, was not designated as a FOIA request, and expressly inquired about the process for submitting a separate FOIA request. *Id.*

15. On September 15, 2020, Colorado Wild submitted a FOIA request seeking access to certain records relating to the proposed land exchange. Compl. ¶ 17 & Compl. Ex. 1, FOIA Request (Sept. 15, 2020); Answer ¶ 17; Scofield Decl. ¶ 5.

16. In a letter dated September 23, 2020, the Forest Service confirmed receipt of this FOIA request and assigned it a tracking number of 2020-FS-R2-06486-F. Compl. ¶ 44; Answer ¶ 44; Scofield Decl. ¶ 5.

17. On October 7, 2020, the San Juan National Forest Office produced 43 pages in full. Scofield Decl. ¶ 5.

18. On October 27, 2020, the Rocky Mountain Regional FOIA Service Center produced 250 pages, 123 of which were released in full and 127 of which were withheld in part,

and provided instructions for filing a FOIA appeal, including an explanation that Colorado Wild would need to file any such appeal within 90 days. *Id.*

19. On January 26, 2021, the period for filing an administrative appeal of Request 2020-FS-R2-06486 ended without Colorado Wild filing any such appeal. *Id.*

20. On March 5, 2021, Colorado Wild sent an email to a Forest employee inquiring about a Technical Appraisal Review Report that the Forest Service prepared while considering the proposed land exchange. Compl. ¶ 51; Answer ¶ 51; Scofield Decl. ¶ 6.

21. On April 2, 2021, the Forest Service sent Colorado Wild a letter informing it that it construed Colorado Wild's March 5, 2021 email to be a new FOIA request and had assigned it a tracking number of 2021-FS-R2-02802-F. Compl. ¶ 52; Answer ¶ 52; Scofield Decl. ¶ 6.

22. On April 2, 2021, the Forest Service produced the Technical Appraisal Review Reports to Colorado Wild, with certain redactions. Scofield Decl. ¶ 6.

23. On May 14, 2021, Colorado Wild filed an appeal as to Request 2021-FS-R2-02802-F, challenging the redactions made and requesting the Appraisals prepared in connection with the proposed land exchange, which are separate documents from the Technical Appraisal Review Reports themselves. Compl. ¶ 58; Answer ¶ 58; Scofield Decl. ¶ 7.

24. The Forest Service's Washington Office FOIA Service Center assigned this appeal a tracking number of 2021-FS-WO-00100-A. Compl. ¶ 59; Answer ¶ 59; Scofield Decl. ¶ 7.

25. On May 14, 2021, Colorado Wild also submitted a FOIA request that specifically sought release of Appraisals prepared during the Forest Service's review of the proposed land exchange, which are distinct from the Technical Appraisal Review Reports. Compl. ¶¶ 55 n.1, 56; Answer ¶ 56; Scofield Decl. ¶ 8.

26. In a letter dated June 23, 2021, the Forest Service sent Colorado Wild a letter confirming its receipt of the May 14, 2021 FOIA request and assigning it a tracking number of 2021-FS-R2-03896. Compl. ¶ 57; Answer ¶ 57; Scofield Decl. ¶ 8.

27. The Forest Service stated that it had located 1,028 pages of responsive records that it would withhold in full under Exemptions 5 and/or 6. Scofield Decl. ¶ 8.

28. On June 24, 2021, Colorado Wild filed an administrative appeal as to Request 2021-FS-R2-03896-F. Compl. ¶ 64; Answer ¶ 64; Scofield Decl. ¶ 9.

29. The Forest Service assigned this appeal a tracking number of 2021-FS-WO-00112-A. Compl. ¶ 65; Answer ¶ 66; Scofield Decl. ¶ 8.

30. On February 8, 2022, the Forest Service produced 1,086 pages of records to Colorado Wild in response to Request 2021-FS-R2-02802-F (Appeal 2021-FS-WO-00100-A) and Request 2021-FS-R2-03896-F (Appeal 2021-FS-WO-00112-A). Scofield Decl. ¶¶ 7, 9.

31. Of these, 1,036 pages were produced in full and 50 pages were redacted in part under FOIA Exemptions 5 and 6. *Id.*

Dated: February 11, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
555 Fourth Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*