UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD PUBLIC LANDS,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES FOREST SERVICE,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 21-2802 (CRC) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Colorado Wild Public Lands ("COWPL"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 7(h), respectfully moves for summary judgment relief in this Freedom of Information Act ("FOIA") case based on Defendant U.S. Forest Service's failure to justify withholdings of responsive records under Exemption 5 and Exemption 6, with respect to cell phone numbers for realtors. 5 U.S.C. § 552(a)(4)(B); ECF 36 (Memorandum Opinion and Order) at p. 24.  This motion is filed in response to the Court's invitation. *Id*.

Plaintiff respectfully requests the Court to "order the production of any agency records improperly withheld from the complainant" in accordance with the findings entered by this Court. 5 U.S.C. § 552(a)(4)(B) quoted at ECF 29 at 3, 18 (discussing FOIA burdens and relief). The law-of-the case doctrine supports entry of summary judgment and relief for Plaintiff based on the existing record. "'[W]hen a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages in the same case.'" *Musacchio v. United States*, 136 S. Ct. 709, 716 (2016) (quoting *Pepper v. United States*, 562 U.S. 476, 506 (2011)). "[W]here litigants have once battled for the court's decision, they should neither be required, nor

without good reason permitted, to battle for it again.'" *In re Ski Train Fire in Kaprun, Austria*, on November 11, 2004, 224 F.R.D. 543, 546 (S.D.N.Y. 2004) (quoting *Official Comm. of the Unsecured Creditors of Color Tile, Inc. v. Coopers & Lybrand*, 322 F.3d 147, 167 (2d Cir. 2003)). Ordering production to occur within ten working days of such an order will ensure the expedient administration of justice with respect to these adjudicated FOIA issues. *See Judicial Watch, Inc. v. United States Dep't of Homeland Sec.*, 895 F.3d 770, 789 (2018) (discussing "why Congress enacted FOIA's timeframes and authorized district courts to enjoin agencies from improperly delaying public access to non-exempt records").

In support of the present Motion, Plaintiff refers to and incorporates by reference the previously submitted briefing and attachments thereto: Defendant's Motion for Summary Judgment and filings submitted in support of that motion (ECF 26 and 26-1 to 26-3); Plaintiff's Response to Defendant's Motion for Summary Judgment and all filings in support (ECF 29 and 29-1 to 29-20); and Plaintiff's Cross Motion for Summary Judgment and Statement of Facts in Support (ECF 30 and 30-1); and Plaintiff's Reply in Support of its Cross Motion for Summary Judgment (ECF 35 and 35-1 to 35-11).

Plaintiff also incorporates by reference the findings and holdings in the Court's Memorandum Opinion and Order (ECF 36), which found that the Service failed to carry its burden to justify all withholdings under Exemption 5's deliberative process privilege and Exemption 6, with respect to cell phone information for realtors involved in marketing comparable parcels in the Land Exchange. ECF 36.  COWPL respectfully submits that summary judgment is properly entered in favor of Plaintiff with respect to all withholdings for which the Court ruled that the government failed to meet its burden.

**CONCLUSION**

Plaintiff respectfully submits that summary judgment is properly issued for Plaintiff in an order compelling Defendant U.S Forest Service to produce agency records the Court has determined were unlawfully withheld pursuant to Exemption 5 and Exemption 6.  Plaintiff respectfully submits that ten working days is an appropriate amount of time for the agency to make its production.

 **RESPECTFULLY SUBMITTED ON SEPTEMBER 15, 2023**

*/s/ Travis E. Stills*
TRAVIS E. STILLS, D. D.C. Bar # CO0101
Energy & Conservation Law
227 E. 14th St. #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

MAYA KANE, D. D.C. Bar # CO0089
 Southwest Water and Property Law LLC
10 Town Square, No. 422
Durango, CO 81301
(970) 946-5419
mkane@swpropertylaw.com

*Counsel for Plaintiff Colorado Wild Public Lands*