# Silverman, Bradley (USADC)

| | |
|---|---|
| **From:** | Darr, Melissa - FS, DC <Melissa.Darr@usda.gov> |
| **Sent:** | Monday, September 25, 2023 4:18 PM |
| **To:** | mattkenna@gmail.com |
| **Cc:** | Scofield, Margaret - FS, DC; Humphries, Adam - OGC, DC |
| **Subject:** | [EXTERNAL] Forest Service Appeal 2021-FS-WO-00112-A |
| **Attachments:** | 2021-FS-WO-00112-A Reissuance.pdf |

Good Afternoon Mr. Kenna,

Please find attached the updated reissuance response letter for the above referenced FOIA Appeal. The records are too large for your email server but may be downloaded here: https://usfs-public.box.com/s/74kptwh4lhm9sykrvceshounkap748od.  Please note, anyone who has a copy of the link can download the records.

Best Wishes,
Melissa



**Melissa Darr**
**Government Information Specialist (FOIA)**

**Forest Service**
**Office of Regulatory and**
**Management Services**

melissa.darr@usda.gov

201 14 St, SW
Washington, DC 20250
**FOIA Reading Room**- https://www.fs.usda.gov/about-agency/foia/reading-room
www.fs.fed.us

**Caring for the land and serving people**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.