UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COLORADO WILD PUBLIC LANDS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-2802 (CRC) |
| UNITED STATES FOREST SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

### **DECLARATION OF MELISSA DARR**

I, Melissa Darr, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I make this declaration based upon the knowledge that I have acquired through the performance of my official duties, my own personal knowledge, and my review of the responsive agency records subject to the Freedom of Information Act ("FOIA") requests at issue in this case. I am aware that this declaration will be filed with the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am a Government Information Specialist (FOIA) at the U.S. Forest Service, Office of Regulatory and Management Services. In this role, I am responsible for administering, analyzing, and performing work involved in disseminating Government information. My role in the FOIA appeal at issue in this case was the lead Analyst responsible for reviewing, redacting, and sending the release response to the requester or their representative.

2. On Monday, September 25, 2023, at approximately 4:18 PM EST, I sent Matt Kenna, an attorney for Plaintiff Colorado Wild Public Lands, an updated reissuance letter for the FOIA appeal at issue in this case, as well as a link to a file-storage website to which I had uploaded the records at issue in this case, with all redactions under Exemption 5 and all

redactions under Exemption 6 for realtors' contact information lifted. The only remaining redactions were those under Exemption 6 for the personal information of persons other than realtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of September, 2023.

                                                        _____
Melissa Darr
Government Information Specialist (FOIA)
Forest Service