UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLORADO WILD PUBLIC LANDS,

Plaintiff,

v.

FOREST SERVICE,

Defendant.

Civil Action No. 21-2802 (CRC)

## DEFENDANT'S MOTION TO DISMISS, AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Forest Service, by and through the undersigned counsel, respectfully moves to dismiss the remaining claims in Plaintiff Colorado Wild Public Lands' complaint, ECF No. 1, and opposes Plaintiff's motion for summary judgment, ECF No. 37, in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. A proposed order is attached.

## LEGAL STANDARD

Dismissal is warranted for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(b)(1). Although "the initial burden of proving mootness lies with the party claiming it," a court has "an independent obligation to ensure that [the cases] before [it] are not moot." *Planned Parenthood of Wis., Inc. v. Azar*, 942 F.3d 512, 516 (D.C. Cir. 2019) (internal quotation marks omitted).

## ARGUMENT

"Article III of the Constitution limits [a federal court's] jurisdiction to actual, ongoing controversies," such that a federal court will "lose jurisdiction if a case becomes moot while [it] is pending." *Planned Parenthood of Wis.*, 942 F.3d at 516; *see also Mittleman v. Postal Regul. Comm'n*, 757 F.3d 300, 303 (D.C. Cir. 2014) ("When a case is moot, a federal court is without

jurisdiction to decide it."). "A case becomes moot when the court can grant no meaningful relief," *Maldonado v. District of Columbia*, 61 F.4th 1004, 1006 (D.C. Cir. 2023) (internal quotation marks omitted), such as where "events outrun the controversy," *McBryde v. Comm. to Rev. Cir. Council Conduct*, 264 F.3d 52, 55 (D.C. Cir. 2001). "[T]the release of requested documents to a plaintiff renders its FOIA suit moot with respect to those documents." *Sales v. Dep't of Air Force*, 684 F.3d 160, 164 (D.C. Cir. 2012) (internal quotation marks omitted).

On September 11, 2023, the Court denied the Forest Service's summary judgment motion, ECF No. 26, as to all records withheld under Exemption 5 and realtor contact information withheld under Exemption 6. Mem. & Order at 1-2, 24. ECF No. 36. The Court granted the Forest Service summary judgment on all the other records withheld under Exemption 6. *Id.* The Court also granted Plaintiff's cross-motion for summary judgment, which concerned only its policy-or-practice claim, but did not address its claims as to the withheld records, *see* ECF No. 30, and "invite[d] [Plaintiff] to file a motion for summary judgment on these remaining redactions," Mem. & Order at 24. The Court entered a declaratory judgment on Plaintiff's policy-or-practice claim but denied Plaintiff's request to refer the matter to the Special Counsel pursuant to 5 U.S.C. § 552(a)(4)(F). *Id.* at 33.

On September 25, 2023, the Forest Service produced all previously redacted materials to Plaintiff. Specifically, it produced to Plaintiff all materials previously withheld under Exemption 5 as well as all realtor contact information previously withheld under Exemption 6, as per this Court's memorandum opinion and order. *See* Mem. Op. & Order at 1-2, 24; *see also* Ex. A, Email (Sept. 25, 2023); Ex. B, Darr Decl.; *2021-FS-WO-00112-A, Kenna Reissuance*, Dropbox, Forest Service    https://usfs-public.app.box.com/s/74kptwh4lhm9sykrvceshounkap748od    (released records contained in the September 25, 2023 email to Plaintiff). Thus, except as to those claims that this Court already resolved, Plaintiff's claims are moot. *See Sales*, 684 F.3d at 164.

**CONCLUSION**

This Court should deny Plaintiff's motion for summary judgment and dismiss Plaintiff's remaining claims as moot.

Dated: September 29, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Bradley G. Silverman*
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLORADO WILD PUBLIC LANDS,

        Plaintiff,

    v.                                  Civil Action No. 21-2802 (CRC)

FOREST SERVICE,

        Defendant.

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, Defendant's motion to dismiss, the various memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that Plaintiff's motion is DENIED;

ORDERED that Plaintiff's remaining claims are DISMISSED AS MOOT.

SO ORDERED.


_____                     _____

Dated                                        CHRISTOPHER R. COOPER
                                            United States District Court Judge