# Silverman, Bradley (USADC)

| | |
|---|---|
| **From:** | Silverman, Bradley (USADC) |
| **Sent:** | Thursday, October 12, 2023 4:58 PM |
| **To:** | Travis Stills; Maya Kane |
| **Subject:** | Updated Reissuance Letter and Records in Colorado Wild Public Lands v. Forest Service, Civ. A. No. 21-2802 (CRC) (DDC) |
| **Attachments:** | 2021-FS-WO-00112-A Reissuance.pdf |

Hi Travis and Maya,

Please find the Forest Service's updated reissuance letter attached to this email, as well as a link to the records, which are too large to attach to this email: https://usfs-public.box.com/s/74kptwh4lhm9sykrvceshounkap748od. The link is public—anyone with a copy can download the records. The Forest Service previously provided these materials to Colorado Wild, through its attorney, Matt Kenna, on September 25, 2023.

Best,

**Bradley G. Silverman**
Assistant U.S. Attorney
Civil Division | U.S. Attorney's Office
601 D Street NW, Washington, DC 20530
(202) 252-2575