|  | United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, DC  20250 |
|---|---|---|---|---|

**File Code:** 6270
2021-FS-WO-00112-A

**Date:** 09/24/2023

Mr. Matt Kenna
Attorney, Public Interest Environmental Law
Western Environmental Law Center
679 E. 2nd Ave, Suite 11B
Durango, CO  81301

Dear Mr. Kenna:

This correspondence and the accompanying records constitute the final response for the U.S. Department of Agriculture's Forest Service (Forest Service) for FOIA Appeal 2021-FS-WO-00112-A.

This correspondence also responds to the matter of *Colorado Wild Public Lands v. United States Forest Service*, 21-cv-2802, currently pending in the U.S. District Court for the District of Columbia.

The pending Complaint in the above-referenced matter is based on the Forest Service's alleged failure to comply with the applicable time-limit provisions of the FOIA and alleged improper use of FOIA Exemption 5, 5 U.S.C. § 552(b)(5), the deliberative process privilege, in response to the request of Colorado Wild Public Lands for the "appraisal report(s), aka appraisals, for the Valle Seco Land Exchange."

Although we responded to your appeal 2021-FS-WO-00112-A on December 22, 2021, and February 8, 2022, we again reviewed the withholdings made by the Acting Regional Forester.  We have determined that portions of these records previously withheld under FOIA Exemption 5 can be released to you; and that portions of these records previously withheld under FOIA Exemption 6 can be released to you, while other portions should continue to be withheld under FOIA Exemption 6.

### FOIA Exemption 6

Exemption 6 requires the Government to withhold all information about individuals in "personnel and medical files and similar files," where the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy."  Exemption 6 also requires a balancing of the public's interest in disclosure against the individual's privacy interest.  We have determined that individuals' cell phone numbers; the year indicating date range of unrelated employment on the appraiser's resume; and a personal email address must be withheld pursuant to Exemption 6 of the FOIA, 5 U.S.C. 552(b)(6).  The individuals have a privacy interest in the protection of this information, and there is no public interest in its release.

     Caring for the Land and Serving People          Printed on Recycled Paper

This is the Agency's final determination of your FOIA Appeal 2021-FS-WO-00112-A.

This FOIA Appeal is the subject of litigation *in Colorado Wild Public Lands v. United States Forest Service*, in the U.S. District Court for the District of Columbia, docket number 21-cv-2802. Should you have any questions or concerns about this response, please contact AUSA Bradley Silverman, Bradley.Silverman@usdoj.gov, (202) 252-2575.

Sincerely,

Digitally signed by
CHRISTOPHER FRENCH
Date: 2023.09.24 21:01:48
-04'00'

CHRISTOPHER B. FRENCH
Deputy Chief, National Forest System

Enclosures: 1,028 pages